UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
FEB 2 1 2006

******************************************************************

| | | |
|---|---|---|
| CHARLES E. SISNEY, | * | CIV 03-4260 |
| Plaintiff, | * | |
| vs. | * | |
| TIM REISCH, Secretary of Corrections for South Dakota; DOUGLAS L. WEBER, Chief Warden for the Department of Corrections of South Dakota; DENNIS BLOCK, Associate Warden for the South Dakota State Penitentiary; JENNIFER WAGNER a/k/a Jennifer Lane, Cultural Activities Coordinator for the South Dakota State Penitentiary; DOUG LOEN, Policy Analyst for the South Dakota State Penitentiary; DARYL SLYKHUIS, Interim Warden of the South Dakota State Penitentiary; JOHN/JANE DOE STAFF MEMBERS, AGENTS, EMPLOYEES AND/OR OFFICERS OF THE SOUTH DAKOTA STATE PENITENTIARY AND/OR SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; all Defendants sued in both their individual and official capacities, | * | MEMORANDUM OPINION AND ORDER |
| Defendants. | * | |

******************************************************************

Defendants filed a Motion for Leave to Depose Plaintiff Charles Sisney, Doc. 127. Pursuant to Federal Rule of Civil Procedure 30(a)(2), the Court will grant leave to depose Plaintiff in connection with this lawsuit. Accordingly,

IT IS ORDERED:

1. That Defendants' Motion for Leave to Depose Plaintiff Charles Sisney, Doc. 127, is granted.

2. That Defendants have leave of this Court to depose Plaintiff Charles Sisney in connection with this lawsuit and that they may continue and complete Mr. Sisney's deposition that began on January 26, 2006.

Dated this 21st day of February, 2006.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: /s/ Shelly Marqulies
     DEPUTY