UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
FEB 0 5 2007
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHARLES E. SISNEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIM REISCH, Secretary of Corrections for South Dakota; DOUGLAS L. WEBER, Chief Warden for the Department of Corrections of South Dakota; DENNIS BLOCK, Associate Warden for the South Dakota State Penitentiary; JENNIFER WAGNER a/k/a Jennifer Lane, Cultural Activities Coordinator for the South Dakota State Penitentiary; DOUG LOEN, Policy Analyst for the South Dakota State Penitentiary; DARYL SLYKHUIS, Interim Warden of the South Dakota State Penitentiary; JOHN/JANE DOE STAFF MEMBERS, AGENTS, EMPLOYEES AND/OR OFFICERS OF THE SOUTH DAKOTA STATE PENITENTIARY AND/OR SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; all Defendants sued in both their individual and official capacities,<br><br>　　　　　Defendants. | CIV 03-4260<br><br><br><br>MEMORANDUM OPINION<br>AND ORDER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants' reply brief on their summary judgment motion is due on February 28, 2007. The issue in the summary judgment motion is whether Plaintiff's action should be dismissed for failure to exhaust administrative remedies. The Supreme Court issued a decision on January 22, 2007, regarding exhaustion of administrative remedies under a section of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), *see Jones v. Bock*, Nos. 05-7058, 05-7142, 2007 WL 135890 (U.S. Jan. 22, 2007), which significantly impacts Defendants' arguments in this action. Thus, the Court will direct

Defendants to address the impact of this decision in their reply brief due February 28, 2007, and will allow Plaintiff an opportunity to respond to Defendants' arguments about how *Jones v. Bock, supra*, affects the exhaustion issue before the Court. Accordingly,

IT IS ORDERED:

1. That, in their reply brief due February 28, 2007, Defendants shall address the impact of the Supreme Court's recent decision in *Jones v. Bock*, Nos. 05-7058, 05-7142, 2007 WL 135890 (U.S. Jan. 22, 2007), on their Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, Doc. 154.

2. That, on or before March 9, 2007, Plaintiff may file a brief in response to Defendants' arguments in their reply brief regarding the impact of *Jones v. Bock, supra*, on the exhaustion issues in this action.

Dated this 4th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: [signature]
Deputy

2