UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**

MAR 2 0 2007

CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| CHARLES E. SISNEY, | * | CIV 03-4260 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| TIM REISCH, Secretary of Corrections for | * | |
| South Dakota; DOUGLAS L. WEBER, | * | MEMORANDUM OPINION |
| Chief Warden for the Department of | * | AND ORDER |
| Corrections of South Dakota; DENNIS | * | |
| BLOCK, Associate Warden for the South | * | |
| Dakota State Penitentiary; JENNIFER | * | |
| WAGNER a/k/a Jennifer Lane, Cultural | * | |
| Activities Coordinator for the South Dakota | * | |
| State Penitentiary; DOUG LOEN, Policy | * | |
| Analyst for the South Dakota State | * | |
| Penitentiary; DARYL SLYKHUIS, Interim | * | |
| Warden of the South Dakota State | * | |
| Penitentiary; JOHN/JANE DOE STAFF | * | |
| MEMBERS, AGENTS, EMPLOYEES | * | |
| AND/OR OFFICERS OF THE SOUTH | * | |
| DAKOTA STATE PENITENTIARY | * | |
| AND/OR SOUTH DAKOTA | * | |
| DEPARTMENT OF CORRECTIONS; all | * | |
| Defendants sued in both their individual and | * | |
| official capacities, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In their reply brief filed on February 28, 2007, Doc. 204, Defendants requested an opportunity to respond to Plaintiffs' arguments regarding the Supreme Court's decision in *Jones v. Bock*, 127 S.Ct. 910 (2007), expected to be presented in Plaintiff's brief on March 9, 2007, regarding exhaustion of administrative remedies. This request will be granted. Accordingly,

IT IS ORDERED that, on or before March 22, 2007, Defendants may file a brief to respond to the issues raised in Plaintiffs' Brief, Doc. 205, regarding the impact of the Supreme Court's decision in *Jones v. Bock*, 127 S.Ct. 910 (2007).

Dated this _____ day of March, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By:_____
Deputy

2